OLIVE A. STERNAMAN, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

(Submitted March 24, 1902; decided April 1, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 13.)

---

In the Matter of the Estate of JOHN C. MILES, Deceased. ROSE LEROY, Appellant; ANDREW CARMER, as Administrator, etc., et al., Respondents.

(Submitted March 24, 1902; decided April 1, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 75.)